<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

─────────────

**No. 05-1142**

─────────────

SUKHDEV SINGH,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals. (A76-003-021)

─────────────

Submitted: July 29, 2005          Decided: August 19, 2005

─────────────

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Sukhdev Singh, Petitioner Pro Se. M. Jocelyn Lopez Wright, Larry Patrick Cote, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sukhdev Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the immigration judge's order denying his motion to reopen immigration proceedings. Based on our review of the record, we find that the immigration judge did not abuse his discretion in denying Singh's motion to reopen as untimely. Singh failed to file his motion within 180 days of his in absentia removal order as required by 8 U.S.C. § 1229a(b)(5)(C)(i) (2000) and 8 C.F.R. § 1003.23(b)(4)(ii) (2005). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED